ORIGINAL
D+F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BOLIVAR GENAO,

      Petitioner,

              **ORDER**
-against-             Case No. 07-CV-63 (FB)

UNITED STATES OF AMERICA,

      Respondent.
----------------------------------------------------------x

*Appearances:*

| For the Petitioner: | For the Respondent: |
|---|---|
| DARRELL B. FIELDS, ESQ. | BENTON J. CAMPBELL, ESQ. |
| Federal Defender Division | United States Attorney |
| 52 Duane Street | Eastern District of New York |
| 10th Floor | By: DANIEL A. SPECTOR, ESQ. |
| New York, NY 10007 | Assistant United States Attorney |
| | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |

**BLOCK, Senior District Judge:**

    On December 10 and 14, 2007, the Court held a hearing to determine, pursuant to *Campusano v. U.S.*, 442 F.3d 770 (2d Cir. 2006), whether petitioner Bolivar Genao ("Genao") instructed his attorney to file an appeal following his sentence in the underlying criminal action entitled *U.S. v. Genao*, 05-CR-288 (E.D.N.Y.). After considering the testimony of Genao and his trial counsel, the Court finds that Genao did instruct his attorney to file an appeal.

    Accordingly, Genao's petition pursuant to 28 U.S.C. § 2255 is granted; the Judgement dated August 29, 2006, in 05-CR-228 is deemed entered as of the date of the filing of this Order. If Genao wishes to appeal, he must duly file his notice of appeal within

10 days thereafter. *See Campusano*, 442 F.3d at 776-77.

**SO ORDERED.**

/signed/
FREDERIC BLOCK
United States District Judge

Brooklyn, New York
December 17, 2007